1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9      SOUTHERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,              Case No.: 17CR03401-JLS
11                 Plaintiff,
12          v.                             ORDER OF RESTITUTION
13
14  SCOTT MICHAEL PETRI,
15                 Defendant.

16      IT IS HEREBY ORDERED:

17      1.    Pursuant to [18 U.S.C. § 3663(a)(1)(A), 3663(a)(3), OR 18 U.S.C. §
18  3663A(a)(1)], Defendant Scott Michael Petri (hereinafter "Defendant") shall pay
19  restitution in the amounts of: $7,732 to Cal Coast Credit Union, $5,000 to Chevron and
20  $13,648.58 to victim ATM Depot joint and several with co-defendant Chad Lee Engel; as
21  a result of Defendant's conviction for Bank Burglary and Conspiracy to Commit Bank
22  Burglary, in violation of 18 U.S.C. § 2113(b). Restitution shall be joint and several with
23  all co-defendants and co-conspirators ordered to pay restitution for the same losses.  The
24  presently known co-defendants and co-conspirators are Scott Michael Petri and Chad Lee
25  Angel

26      2.    Restitution shall be paid to the following victims in the specified amounts,
27  pro rata: $7,732 to Cal Coast Credit Union, $5,000 to Chevron and $13,648.58 to victim
28  ATM Depot.

| Victims | Amount |
|---------|--------|
| Cal Coast Credit Union | $7,732 |
| Chevron | $5,000 |
| ATM Depot | $13,648.58 |

3.     Pursuant to 18 U.S.C. § 3664(j)(1), any provider of compensation who has paid a victim for a loss shall receive the restitution owed to that victim.  However, all victims shall be paid their full restitution before a provider of compensation.

4.     Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

5.     After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

a.     $100 per month.

b.     During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

c.     Upon release from custody, Defendant shall pay restitution at the rate of at least $100 per month, subject to modification upon further agreement of the parties or order of the Court.

6.     This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

7.     Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

8.    The Court has determined that Defendant does not have the ability to pay interest.

9.    Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs.  *See* 18 U.S.C. § 3664(k).

10.    Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs.  *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

Dated:  December 16, 2022

Hon. Janis L. Sammartino
United States District Judge